**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.R., A MINOR | : | No. 11 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: J.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.